**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GEORGE GARBUTT, an individual,

        Plaintiff,

v.                               CASE NO.: 8:20-cv-00136-CEH-JSS

OCWEN LOAN SERVICING, LLC,

        Defendant.

_____/

**DEFENDANT OCWEN LOAN SERVICING, LLC'S**
**NOTICE OF PENDENCY OF RELATED CASES**

In accordance with Local Rule 1.04(d), I certify that the instant action:

  _X_   IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

- *Glover v. Ocwen Loan Servicing, LLC*, Case No. 9:20-cv-80053-DMM, Southern District of Florida, West Palm Beach Division (Middlebrooks, J.)

- *Estate of Derrick Campbell v. Ocwen Loan Servicing, LLC*, Case No. 9:20-cv-80057-AHS, Southern District of Florida, West Palm Beach Division (Singhal, J.)

- *Fox v. Ocwen Loan Servicing, LLC*, Case No. 9:20-cv-80060-RLR, Southern District of Florida, West Palm Beach Division (Rosenberg, J.)

- *Garbutt v. Ocwen Loan Servicing, LLC*, Case No. 8:20-cv-136-T-36JSS, Middle District of Florida, Tampa Division (Honeywell, J.)

- *Turner v. Ocwen Loan Servicing, LLC*, Case No. 8:20-cv-137-T-30SPF, Middle District of Florida, Tampa Division (Moody, J.)

- *Webster v. Ocwen Loan Servicing, LLC*, Case No. 0:20-cv-60117-WPD, Southern District of Florida, Fort Lauderdale Division (Dimitrouleas, J.)

1

- *Kelly v. Ocwen Loan Servicing, LLC*, Case No. 3:20-cv-50-J-32JRK, Middle District of Florida, Jacksonville Division (Corrigan, J.)

- *Bowen-Hay v. Ocwen Loan Servicing, LLC*, Case No. 8:20-cv-170-T-36AEP, Middle District of Florida, Tampa Division (Honeywell, J.)

- *Fusco v. Ocwen Loan Servicing, LLC*, Case No. 9:20-cv-80090 Southern District of Florida, West Palm Beach Division (Rosenberg, J.)

- *Mashley v. Ocwen Loan Servicing, LLC*, Case No. 3:20-cv-76-J-20JBT, Middle District of Florida, Jacksonville Division (Schlesinger, J.)

- *Lang v. Ocwen Loan Servicing, LLC*, Case No. 3:20-cv-81-J-HES-MCR, Middle District of Florida, Jacksonville Division (Schlesinger, J.)

- *Mendez v. Ocwen Loan Servicing, LLC*, Case No. 8:20-cv-223-T-02AEP, Middle District of Florida, Tampa Division (Jung, J.)

- *Reid v. Ocwen Loan Servicing, LLC*, Case No. 9:20-cv-80130-AHS, Southern District of Florida, West Palm Beach Division (Singhal, J.)

- *Bardak v. Ocwen Loan Servicing, LLC*, Case No. 8:18-cv-1111-T-SCB-TGW, Middle District of Florida, Tampa Division (Bucklew, J.)

- *Booze v. Ocwen Loan Servicing, LLC*, Case No. 9:20-cv-80135-DMM, Southern District of Florida, West Palm Beach Division (Middlebrooks, J.)

- *McWhorter v. Ocwen Loan Servicing, LLC*, Case No. 2:15-cv-01831-MHH, Northern District of Alabama, Southern Division (Haikala, J.)

_____ IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: February 5, 2020

Respectfully submitted,

*s/ Timothy A. Andreu*
Timothy A. Andreu (Fla. Bar No. 443778)
tandreu@bradley.com
Diana N. Evans (Fla. Bar No. 98945)
dnevans@bradley.com
**Bradley Arant Boult Cummings LLP**
100 North Tampa Street, Suite 2200
Tampa, FL 33602
P: (813) 559-5500
F: (813) 229-5946

*Attorneys for PHH Mortgage Corporation*
*as successor by merger to named*
*defendant Ocwen Loan Servicing, LLC*

**C‌ERTIFICATE OF S‌ERVICE**

I hereby certify that on February 5, 2020, I electronically filed the foregoing with CM/ECF, which will send notification to the following counsel of record:

> Young Kim, Esquire
> CONSUMER LAW ATTORNEYS
> 2727 Ulmerton Road, Suite 270
> Clearwater, FL  33762
> service@consumerlawattorneys.com
> ykim@consumerlawattorneys.com
> Attorneys for Plaintiff

> *s/ Timothy A. Andreu*
> *Attorney for PHH Mortgage Corporation as successor by merger to named defendant Ocwen Loan Servicing, LLC*